*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

TRILLIUM CYBER, INC.,

    Plaintiff/Counterdefendant-Appellant,

v

CANBUSHACK, INC., and ROBERT LEALE,

    Defendants/Counterplaintiffs-
    Appellees.

UNPUBLISHED
April 23, 2020

No. 345494
Oakland Circuit Court
LC No. 2017-161732-CB

Before: GADOLA, P.J., and STEPHENS and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

    I concur in the result only.

    /s/ Douglas B. Shapiro

-1-